**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION
AT MACON, GEORGIA**



# MINUTE SHEET
# OF COURT PROCEEDINGS

Date: 12/1/2011                                  Type of Hearing: IA/BOND Hearing

Judge: CHARLES H. WEIGLE                         Court Reporter/Tape #:: FTR GOLD

Courtroom Deputy: Charlene A. Lunsford           Interpreter: N/A

### Case Number: 3:11-CR-00058-006 (CAR)

UNITED STATES OF AMERICA                         AUSA: Sharon Ratley
    vs.

ANDREW WINGO                                     Counsel: Waived for IA Only

Agents/Experts in attendance: Leigh Swicord, USPO

*DISCLAIMER:  CONTENTS OF THIS MINUTE SHEET ARE FOR ADMINISTRATIVE PURPOSES ONLY AND ARE NOT MEANT AS A SUBSTITUTION FOR THE OFFICIAL COURT  RECORD.  ATTORNEYS SHOULD CONTACT THE COURT REPORTER AND ORDER A TRANSCRIPT IF THERE ARE ANY QUESTIONS AS TO THE CONTENTS HEREIN.*

---

**I.   INITIAL APPEARANCE/ARRAIGNMENT**                 *Court Time for MJSTAR:* 15 minutes

- ☒ Dft attorney not present
- ☐ Notice of Estimated Sentencing Guidelines given to counsel or to be e-filed.
- ☒ Dft advised of charges, rights, and maximum possible penalties.
- ☐ Notice of court policy re: retained attorneys given to counsel or to be e-filed.
- ☐ Dft waived formal reading of charges; pled NOT GUILTY in writing
- ☐ Standard Pre-trial Order given to counsel or to be e-filed
- ☐ Dft refused to enter plea; NOT GUILTY plea entered by the Court.
- ☐ Other:

☒ **Initial Appearance Only**
☐ **Arraignment Only**
☐ **Both Initial Appearance and Arraignment**

---

**II.   BOND/DETENTION**                                *Court Time for MJSTAR:* 9 minutes

☐ **Government Motion for Detention:**     ☐ **Conditions of Release:**        ☐ **Detention Hearing:**
   ☐ Granted   ☐ Denied              ☒ Standard Conditions               ☐ Continued to:
   ☐ Order to Follow                 ☒ Bond Supervision                     upon motion of  ☐ Govt  ☐ Deft
                                  ☐ House Arrest                      ☐ Temporary detention Ordered
☒ Bond set at $ 20,000 Secured              ☒ Surrender Passport                   pending hearing

   Type:  ☐ Own Recognizance           ☒ No Firearms                       ☐ Detention Ordered pending trial
              ☐ Unsecured                  ☐ Drug Alcohol Testing
              ☐ Fully Secured              ☐ Electronic Monitoring
              ☒ Secured by 10%
                                  ☐ Travel Restricted to:  MD/GA

☐ Other:

## MINUTE SHEET OF COURT PROCEEDINGS (Cont'd)

*Case Number: 3:11-CR-00058-006 (CAR)*

### III.  RULE 5 (40, 32.1) REMOVAL HEARING     *Court Time for MJSTAR:*

- ☐ **Initial Appearance hearing held** (see I. above)
- ☐ Dft WAIVED removal hearing:
    - ☐ Identity hearing (see II. above)
    - ☐ WAIVER filed
- ☐ Dft advised of Rule 20 (FRCrP) provisions
- ☐ Bond/Detention Hearing held
- ☐ Dft ordered removed to:
- ☐ Subject to satisfying conditions of release

Identity:   ☐ Established   ☐ NOT established

**Preliminary Hearing:**
- ☐ Requested in this district
    - ☐ Held in this district (see below)
- ☐ Requested in charging district
- ☐ Hearing NOT required

☐ Other:

### IV.  PRELIMINARY EXAMINATION     *Court Time for MJSTAR:*

- ☐ Hearing set for:
- ☐ **Hearing WAIVED** by dft - Waiver filed
- ☐ Other:
- ☐ **Hearing held:**
- ☐ Probable cause found
- ☐ Probable cause NOT found

### V.  PLEA     *Court Time for MJSTAR:*

- ☐ Entered at time of Initial Appearance on
- ☐ GUILTY Plea Entered by dft:  Right to trial and right to 30 days to prepare for trial WAIVED in writing
    - ☐ Plea accepted by Court
    - ☐ Dft to furnish background info to USPO
    - ☐ Dft to pay MAF of $
    - ☐ Plea NOT accepted by Court
- ☐ Other:
- ☐ NOT GUILTY plea entered by dft in writing
    - ☐ Jury trial demanded
    - ☐ Jury trial WAIVED
    - ☐ Right to 30 days to prepare for trial
        - ☐ WAIVED   ☐ Demanded
- ☐ Plea of NOT GUILTY changed to guilty on: